UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>  v.<br><br>WILLIAM EDGAR HOKE,<br><br>                Defendant. | CR09-134 TSZ<br><br>ORDER |

THIS MATTER comes before the Court on probation's request for modification of the conditions of supervision, docket no. 44, defendant's motion for early termination of supervised release, docket no. 49, and defendant's motion to seal, docket no. 50. Having reviewed all papers filed in connection with these matters, the Court ORDERS as follows:

(1) Defendant's motion to seal, docket no. 50, is GRANTED, and defendant's letter dated June 7, 2020, docket no. 51, shall remain under seal;

(2) Defendant's motion for early termination of supervised release, docket no. 49, is GRANTED, and defendant is DISCHARGED from supervised release; having considered the applicable factors set forth in 18 U.S.C. § 3553(a), the Court is satisfied that terminating supervision is "warranted by the conduct of . . . defendant . . . and the interest of justice," <u>see</u> 18 U.S.C. § 3583(e)(1);

ORDER - 1

(3) Probation's request to modify the conditions of supervision, docket no. 44, is STRICKEN as moot; and

(4) The Clerk is directed to send a copy of this Order to all counsel of record.

IT IS SO ORDERED.

Dated this 9th day of July, 2020.

Thomas S. Zilly
United States District Judge

ORDER - 2